AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 3:25-mj-00288 |
| ALEXANDER JAY BOYCE | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _October 5, 2025_ in the county of _Multnomah_ in the District of _Oregon_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Felony Assault of a Federal Officer, physical contact |

This criminal complaint is based on these facts:

See affidavit of Special Agent Travis Vas

☑ Continued on the attached sheet.

_/s/ Travis Vas_
_Complainant's signature_

Travis Vas, Special Agent, FPS
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:42 p.m.

Date: _10/06/2025_

_Judge's signature_

City and state: _Portland, Oregon_      Honorable Jeffrey Armistead
_Printed name and title_