UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00463-IM |
| v. | INFORMATION 18 |
| ALEXANDER JAY BOYCE, | U.S.C. § 111(a)(1) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Assaulting a Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about October 5, 2025, in the District of Oregon, defendant **ALEXANDER JAY BOYCE**, did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in, and on account of the performance of AV1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1), a class A misdemeanor.

Dated: November 10, 2025            Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ *Christopher Cardani*
CHRISTOPHER CARDANI
Assistant United States Attorney